DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

AARON DONTAVIUS CAMPBELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2378

————————————————

November 14, 2025

Appeal from the Circuit Court for Hillsborough County; Samantha Ward for Christopher C. Sabella, Judge.

Blair Allen, Public Defender, and Benedict P. Kuehne and Michael T. Davis, Special Assistant Public Defenders, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa; and Taylor A. Schell, Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.

PER CURIAM.

Affirmed.

LaROSE, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.